**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| JASON LEOPOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-cv-00001 (JEB) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT PROPOSED SCHEDULE**

Plaintiff Jason Leopold ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this joint proposed schedule. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves three FOIA requests seeking the email communications from three former Office of Legal Counsel ("OLC") attorneys. *See* Compl. (Dkt. No. 1) ¶¶ 16–32. Pursuant to the Court's February 5, 2016 Minute Order, the parties have conferred for the purpose of providing a joint proposed schedule. For the reasons explained below, the parties propose filing Joint Status Reports every 90 days in lieu of recommending a briefing schedule at this time.

With regard to all three FOIA requests, the parties have discussed ways in which Plaintiff may agree to narrow his requests. Given OLC's small size and the limited resources it can dedicate to processing FOIA requests, Defendant believes that further narrowing is necessary to resolve this litigation in a timely manner. The parties plan to continue their dialogue, and they will update the Court about any development in their negotiations.

In the interim, Defendant has begun processing documents that are potentially responsive to one of Plaintiff's FOIA requests. Plaintiff's FOIA request seeking certain emails authored and received by Mr. David Barron was granted expedited processing by Defendant and has reached the top of OLC's complex processing queue. *See* Answer (Dkt. No. 4) ¶¶ 23–24. Defendant is currently processing the unclassified emails potentially responsive to this FOIA request, as narrowed by the parties. *See* Compl. (Dkt. No. 1) ¶ 23; Answer (Dkt. No. 4) ¶¶ 23–24. The parties agree that Defendant will release any responsive, non-exempt records to Plaintiff on an ongoing basis every 90 days, with the first such release occurring by May 19, 2016.

Notwithstanding this progress, the parties anticipate that Defendant will require substantial time to process the potentially responsive emails and release all responsive, non-exempt records. Thus, the parties are not yet in a position to know when all potentially responsive records will be fully and finally processed, so as to be able to propose a full briefing schedule. Rather, the parties respectfully propose that they be permitted to file Joint Status Reports every 90 days beginning on May 19, 2016. The Joint Status Report will update the Court about Defendant's efforts to process the potentially responsive records, which will include the number of pages processed by Defendant during the 90-day period. The Joint Status Report will also update the Court about the parties' negotiations to narrow Plaintiff's FOIA requests.

//
//
//
//
//
//

| | |
|---|---|
| Dated: February 19, 2016 | Respectfully submitted, |
| */s/ Jeffrey L. Light* <br> JEFFREY L. LIGHT <br> (D.C. Bar No. 485360) <br> 1712 Eye Street, N.W. <br> Suite 915 <br> Washington, D.C. 20006 <br> Tel: (202) 277-6213 <br> Email: jeffrey.light@yahoo.com <br><br> *Counsel for Plaintiff* | BENJAMIN C. MIZER <br> Principal Deputy Assistant Attorney General <br><br> CHANNING D. PHILLIPS <br> United States Attorney <br><br> ELIZABETH J. SHAPIRO <br> Deputy Director <br> Federal Programs Branch (D.C. Bar No. 418925) <br><br> */s/ Stephen M. Elliott* <br> STEPHEN M. ELLIOTT <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue, N.W., Room 7318 <br> Washington, D.C. 20530 <br> Tel: (202) 305-8177 <br> Email: stephen.elliott@usdoj.gov <br><br> *Counsel for Defendant* |