**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JASON LEOPOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-cv-00001 (JEB) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff Jason Leopold ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this Joint Status Report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves three FOIA requests seeking the email communications from three former Office of Legal Counsel ("OLC") attorneys. *See* Compl. (Dkt. No. 1) ¶¶ 16–32. As previously addressed, the parties have discussed ways in which Plaintiff may agree to narrow his requests. The parties plan to continue their dialogue, and they will update the Court about any development in their negotiations.

Further, Defendant has begun processing records responsive to Plaintiff's request for certain emails authored and received by Mr. David Barron. *See* Answer (Dkt. No. 4) ¶¶ 23–24 (explaining that the request for Mr. Barron's emails has been granted expedited processing). Defendant first conducted a comprehensive responsiveness review of the approximately 2,200 unclassified emails—including approximately 1,700 attachments—that are potentially responsive to this FOIA request, as narrowed by the parties. *See* Compl. (Dkt. No. 1) ¶ 23; Answer (Dkt. No. 4) ¶¶ 23–24. Defendant's review culled from the potentially responsive materials

duplicative emails, non-responsive documents, and non-agency, personal records. As a result of this review, Defendant identified approximately 1,600 responsive records consisting of over 31,000 pages, a figure that accounts for the responsive email itself, as well as any attachments to the responsive email.

Next, Defendant reviewed the remaining responsive records for documents that, based on certain email characteristics, were likely candidates for referral to other government components or were likely exempt from disclosure pursuant to FOIA Exemption 5, 5 U.S.C. § 552(b)(5). In the last 90 days, Defendant referred 1,213 pages of responsive materials to other government components. Defendant also finished processing 602 pages of responsive materials, all of which OLC has determined are exempt from disclosure in their entirety pursuant to Exemption 5.

Per the Court's February 19, 2016 Minute Order, the parties will file another Joint Status Report in 90 days (August 17, 2016).

| | |
|---|---|
| Dated: May 19, 2016 | Respectfully submitted, |
| | |
| */s/ Jeffrey L. Light* | BENJAMIN C. MIZER |
| JEFFREY L. LIGHT | Principal Deputy Assistant Attorney General |
| (D.C. Bar No. 485360) | |
| 1712 Eye Street, N.W. | CHANNING D. PHILLIPS |
| Suite 915 | United States Attorney |
| Washington, D.C. 20006 | |
| Tel: (202) 277-6213 | ELIZABETH J. SHAPIRO |
| Email: jeffrey.light@yahoo.com | Deputy Director |
| | Federal Programs Branch (D.C. Bar No. 418925) |
| *Counsel for Plaintiff* | |
| | */s/ Stephen M. Elliott* |
| | STEPHEN M. ELLIOTT |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue, N.W., Room 7318 |
| | Washington, D.C. 20530 |
| | Tel: (202) 305-8177 |
| | Email: stephen.elliott@usdoj.gov |
| | *Counsel for Defendant* |