**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD, ) <br> ) Case No. 16-cv-00001 (JEB) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | |

**JOINT STATUS REPORT**

1. Plaintiff Jason Leopold ("Plaintiff) and Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this Joint Status Report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves three FOIA requests seeking email communications from three former Office of Legal Counsel attorneys. *See* Compl. (Dkt. No. 1) ¶¶ 16-32. The parties submit this joint status report to update the Court about Defendant's efforts to identify and process records responsive to Plaintiff's FOIA requests.

2. As previously explained, Defendant has been processing records responsive to Plaintiff's request for certain emails authored by Mr. David Barron. *See* Answer (Dkt. No. 4) ¶¶ 23-24 (explaining that the request for Mr. Barron's emails has been granted expedited processing). From the approximately 2,200 potentially responsive unclassified emails—including approximately 1,700 attachments—Defendant identified approximately 1,600 responsive records. The volume of responsive records consists of over 31,000 pages, a figure that accounts for the responsive email itself, as well as any attachments to the responsive email.

3. In the last 90 days, Defendant referred 84 page of responsive materials to other

government components for consultation. The Government also finished processing 3,936 pages of responsive materials, and, of those processed pages, Defendant released 205 pages of responsive, non-exempt information.

4. To date, Defendant has referred 5,835 pages of responsive materials to other government components for consultation, as well as finished processing 17,511 pages of responsive materials.

5. Per the Court's February 19, 2016 Minute Order, the parties will file another joint status report by May 26, 2019.

Dated: February 25, 2019          Respectfully submitted,

*/s/ Jeffrey L. Light*
JEFFREY L. LIGHT
(D.C. Br No. 485360)
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006
Tel: (202) 277-6213
Email: jeffrey.light@yahoo.com

*Counsel for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Gary D. Feldon*
Gary D. Feldon
(D.C. Bar No. 987142)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 7217
Washington, DC 20001
Tel: (202) 514-4686
Fax: (202) 616-8460
E-mail: Gary.D.Feldon@usdoj.gov

*Counsel for Defendant*