# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, ) | |
| ) | Case No. 16-cv-00001 (JEB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

1. Plaintiff Jason Leopold ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this Joint Status Report. This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves three FOIA requests seeking email communications from three former Office of Legal Counsel attorneys. *See* Compl. (Dkt. No. 1) ¶¶ 16-32. The parties have agreed to narrow the remaining requests to records addressing specific subject matters; namely, drones/UAV, targeted killing, al-Awlaki, and Al-Qaeda. The parties submit this joint status report to update the Court about Defendant's efforts to identify and process records responsive to Plaintiff's FOIA requests.

2. In the last joint status report, OLC reported that it anticipated releasing responsive, non-exempt materials processed since September 18, 2021, on or before March 30, 2022. However, OLC's production did not occur as anticipated. Undersigned counsel has been informed that the delay is related to a consultation with another agency. Undersigned counsel has been informed that OLC now anticipates making a production by June 3, 2022, followed by another approximately thirty days thereafter.

3. Per the Court's February 19, 2016 Minute Order, the parties will file another joint

status report on or before August 29, 2022.

Dated: May 31, 2022                     Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey L. Light*<br>JEFFREY L. LIGHT<br>(D.C. Bar No. 485360)<br>1629 K St NW<br>Suite 300<br>Washington, D.C. 20006<br>Tel: (202) 277-6213<br>Email: jeffrey.light@yahoo.com<br><br>*Counsel for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ *Liam C. Holland*<br>Liam C. Holland<br>(Admitted in New York)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L. Street NW<br>Washington, DC 20530<br>Tel: (202) 514-4964<br>E-mail: Liam.C.Holland@usdoj.gov<br><br>*Counsel for Defendant* |