## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF JUSTICE, )<br><br>Defendant. ) | Case No. 16-cv-00001 (JEB) |

## JOINT STATUS REPORT

1.      Plaintiff Jason Leopold ("Plaintiff") and Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submit this Joint Status Report.  This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves three FOIA requests seeking email communications from three former Office of Legal Counsel attorneys.  *See* Compl. (Dkt. No. 1) ¶¶ 16-32.  The parties have agreed to narrow the remaining requests to records addressing specific subject matters; namely, drones/UAV, targeted killing, al-Awlaki, and Al-Qaeda.  The parties submit this joint status report to update the Court about Defendant's efforts to identify and process records responsive to Plaintiff's FOIA requests.

2.      Defendant continues to process Plaintiff's narrowed request for emails authored by Martin Lederman.  Additionally, Defendant has begun to process Plaintiff's narrowed request for emails authored by Virginia Seitz.

3.      Per the Court's February 19, 2016 Minute Order, the parties will file another joint status report on or before May 30, 2023.

Dated:  February 27, 2023          Respectfully submitted,


*/s/ Jeffrey L. Light*               BRIAN M. BOYNTON
JEFFREY L. LIGHT              Principal Deputy Assistant Attorney General
(D.C. Bar No. 485360)
1629 K St NW                   ELIZABETH J. SHAPIRO
Suite 300                       Deputy Branch Director
Washington, D.C. 20006
Tel: (202) 277-6213            /s/ *Liam C. Holland*
Email: jeffrey.light@yahoo.com    Liam C. Holland
                               (Admitted in New York)
*Counsel for Plaintiff*           Trial Attorney
                               United States Department of Justice
                               Civil Division, Federal Programs Branch
                               1100 L. Street NW
                               Washington, DC 20530
                               Tel:  (202) 514-4964
                               E-mail:  Liam.C.Holland@usdoj.gov

                               *Counsel for Defendant*